

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| AMARILLO, CHANNING, DALHART, AND LUBBOCK, | § | No. 08-14-00193-CV |
|  | § | Appeal from |
| Appellants, | § | 53rd District Court |
| v. | § | of Travis County, Texas |
| RAILROAD COMMISSION OF TEXAS, | § | (TC # D-1-GN-12-003997) |
| Appellee. | § |  |

### **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellants to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF MAY, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.